GEORGE H. SPITZLI, Respondent, v. FRANK B. GUTH and MARY GUTH, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

MARION E. WALDRON, Respondent, v. WILLIAM STEVENS and ELMER BERRY, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BARBIERI, Appellant.— Appeal dismissed upon stipulation filed.

WEAVER HARDWARE COMPANY, Respondent, v. MAX SOLOMNOVITZ and Others, Appellants.— Motion to dismiss appeal taken by George H. Stalker and Max Solomnovitz denied, and case put over term, to be argued at opening of September term.

LAURA RUBIN SUCKLE, Appellant, v. HYMAN GORDON and Another, Respondents.— Motion to dismiss appeal denied, upon condition that appellant file and serve printed papers on appeal within thirty days after decision by Sawyer, J., of motion now pending in case of *Frankel* v. *Rubin* [115 Misc. Rep. 566], and pay to respondents' attorney ten dollars.

THE STERLING ENGINE COMPANY, Respondent, v. ALFRED W. CHURCH and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The referee is to be appointed by the Special Term in case the parties fail to agree upon a referee. Held, that the case is referable under section 1013 of the Code of Civil Procedure. (*Irving* v. *Irving*, 90 Hun, 422; affd., 149 N. Y. 573; *Boisnot* v. *Wilson*, 95 App. Div. 489.) All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK D. WOOD, as Overseer of the Poor, Respondent, v. ALFRED PESCHKA, Appellant.— Judgment affirmed. All concur.

In the Matter of the Judicial Settlement of the Accounts of WILLIAM G. MUENCH, as Administrator, etc., of J. GEORGE BAUSINGER, Deceased, Respondent. ALEXIS N. MUENCH and Another, as Executors, etc., Appellants; LIZZIE BAUSINGER, Respondent.— Decree affirmed, with costs. All concur.

GROVER C. CONWAY, Respondent, v. WILLIAM STEADMAN, Appellant.— Judgment affirmed, with costs. All concur.

RICHARD C. BLASE, Respondent, v. NEW YORK STATE RAILWAYS, Respondent, and I. REED THOMSON, Appellant.— Judgment and order affirmed, with costs. All concur.

ERNEST B. PRENTISS, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Judgment and order affirmed, with costs. All concur.

ROSAMOND GIFFORD, Respondent, v. THE FIRST TRUST AND DEPOSIT COMPANY (Formerly Named THE TRUST AND DEPOSIT COMPANY OF ONON-DAGA), as Executor, etc., Appellant.— Judgment affirmed, with costs. All concur.

ELIZA JANE SPERRIN, Respondent, v. FRANCIS C. ERNSHAW, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concur.

EUGENE E. DUDLEY, Respondent, v. GEORGE BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.